MEISTER v. WOOLVERTON. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by John G. Meister against William H. Woolverton, as president. No opinion. Application granted. Order signed. See, also, 121 N. Y. Supp. 606.

MELITO, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Vincenzo Melito against Alfred J. Brown. No opinion. Judgment and order affirmed, with costs.

MENZER, Respondent, v. NIAGARA GORGE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Mae F. Menzer, as administratrix, against the Niagara Gorge Railroad Company. No·opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 121 N. Y. Supp. 1139.

MERYASH, Appellant, v. SMOHL et al., Respondents. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Louis Meryash against William H. Smohl. E. W. S. Johnston, for appellant. F. Barker, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

METROPOLITAN BANK, Appellant, v. ROTHSCHILD, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Metropolitan Bank against Edward Rothschild and others. L. Levy, for appellant. J. S. Epstein, for respondent. No opinion. Judgments affirmed, with costs. Order filed.

MEYER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by William H. Meyer against the International Railway Company. No opinion. Order affirmed, with costs. Held, that the evidence fails to establish plaintiff's freedom from contributory negligence.

MILLER, Respondent, v. CHURCH REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Manasseh Miller against the Church Realty Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

MILLER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Godfrey Miller against the City of Buffalo. No opinion. Motion to amend decision denied, without costs. See, also, 136 App. Div. 914, 120 N. Y. Supp. 1135.

MILLER v. LACKAWANNA STEEL CO. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Bernhard Miller against the Lackawanna Steel Com-

pany. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

MILLER, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Thomas S. Miller against Harriet R. Miller.

PER CURIAM. Orders affirmed, without costs.

WILLIAMS, J., dissents.

MILLER, Appellant, v. SATZ, Respondent. (Supreme Court, Appellate Division, First Department, June 10, 1910.) Action by Solomon Miller, as administrator, against Max Satz. I. Gainsburg, for appellant. F. S. Williams, for respondent. No opinion. Judgment affirmed, with costs, and appeal from order dismissed. Order filed.

MILLINGER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Rozalia Millinger against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that reversible errors were committed in the reception and rejection of evidence and in the charge to the jury. SPRING, J., not sitting.

MOCK, Appellant, v. BRANDIS, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Isidor Mock against Frederick E. Brandis.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and THOMAS, JJ., dissent.

MODERN LAUNDRY CO., Respondent, v. MOHN & HUNTER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by the Modern Laundry Company against the Mohn & Hunter Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant appellant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

In re MOHEGAN AVE. (Supreme Court, Appellate Division, First Department. May 27, 1910.) In the matter of Mohegan Avenue. With this case has been consolidated in this court cases bearing titles as follows: Oscar B. Bergstrom v. Ridgway Co. (see 123 N. Y. Supp. 29); In re Mt. Vernon Avenue; Chas. Reilly v. City of New York (see, also, 133 App. Div. 943, 118 N. Y. Supp. 1137). No opinions. Motions denied, with $10 costs. Orders filed.

MOLLA, Appellant, v. MICHELETTI, Respondent. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Givacchino Molla against Attilio Micheletti. W.